## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5374, 24-5375, 24-5376

**Case Name** United States of America v. Scott Spear

Hearing Location (*city*) Phoenix

Your Name Alyssa D. Bell

List the sitting dates for the two sitting months you were asked to review:

November 16, 17, 18, 19, 20, 2026; December 7, 8, 9, 10, 11, 2026

Do you have an irreconcilable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 9, 10, 11, 2026

Trial is set to begin in USA v. Ostavari, Case No. 2:25-cr-00573-AH on December 14, 2026, and I am pre-commited to trial preparations from December 9-11, 2026. The trial is estimated to last two weeks.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Alyssa D. Bell  **Date** July 31, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *Rev 4/06/2026*